```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                        CASE NO. 04 B 32084
   CYBIL D THOMAS
                                              CHAPTER 13

                                              JUDGE: JACQUELINE P COX

        Debtor
   SSN XXX-XX-4816

-----------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------------
     The case was filed on 08/30/2004 and was confirmed 11/15/2004.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated  24.82% from remaining funds.

     The case was dismissed after confirmation 01/07/2008.
-----------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                              PAID          PAID
-----------------------------------------------------------------------------
HOMECOMINGS FINANCIAL   CURRENT MORTG       .00                .00            .00
HOMECOMINGS FINANCIAL   MORTGAGE ARRE       .00                .00            .00
WELLS FARGO BANK NA     CURRENT MORTG       .00                .00            .00
BMG MUSIC SERVICE       UNSECURED      NOT FILED              .00            .00
CAPITAL ONE SERVICES    UNSECURED      NOT FILED              .00            .00
CITY OF CHICAGO         UNSECURED        2525.00              .00         125.36
B-LINE LLC              UNSECURED        1356.18              .00          67.33
FINGERHUT               UNSECURED      NOT FILED              .00            .00
B-LINE LLC              UNSECURED OTH    949.57               .00          47.15
IDAPP                   UNSECURED      NOT FILED              .00            .00
ISAC                    UNSECURED        1356.31              .00          67.34
MCC                     UNSECURED      NOT FILED              .00            .00
MENARDS                 UNSECURED      NOT FILED              .00            .00
NORDSTROM FSB           UNSECURED      NOT FILED              .00            .00
PEOPLES GAS LIGHT & COKE UNSECURED     NOT FILED              .00            .00
PROVIDIAN               UNSECURED      NOT FILED              .00            .00
MARSHALL FIELDS         UNSECURED      NOT FILED              .00            .00
US DEPT OF EDUCATION    UNSECURED        5183.93              .00         257.38
WELLS FARGO BANK NA     MORTGAGE ARRE  31970.10               .00       19661.85
NCO FINANCIAL           UNSECURED         341.30              .00          16.95
WELLS FARGO BANK NA     COST OF COLLE       .00               .00            .00
HOMECOMINGS FINANCIAL   COST OF COLLE    400.00               .00            .00
*JOYNER LAW OFFICES     ATTORNEY        1494.00               .00        1494.00
PRO SE DEBTOR           DEBTOR ATTY         .00                              .00
TOM VAUGHN              TRUSTEE                                         1,268.57
DEBTOR REFUND           REFUND                                          1,232.00

        Summary of Receipts and Disbursements:
-----------------------------------------------------------------------------
                        RECEIPTS             DISBURSEMENTS
-----------------------------------------------------------------------------
TRUSTEE                24,237.93
```

PAGE  1 - CONTINUED ON NEXT PAGE
           CASE NO. 04 B 32084 CYBIL D THOMAS

```
PRIORITY                                                              .00
SECURED                                                         19,661.85
UNSECURED                                                          581.51
ADMINISTRATIVE                                                   1,494.00
TRUSTEE COMPENSATION                                             1,268.57
DEBTOR REFUND                                                    1,232.00
                                        ---------------   ---------------
TOTALS                                        24,237.93         24,237.93
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
    Dated: 04/23/08                 _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```